O

FILED
CLERK, U.S. DISTRICT COURT

May 20, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:         DATE:    DEPUTY CLERK:
Petitioner    5/20/15    klh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRY BOULLARD,<br><br>        Petitioner,<br><br>  vs.<br><br>G. SWARTHOUT, Warden,<br><br>        Respondent. | Case No. CV 14-2031-GW (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; (2) petitioner's "Request for Leave for Petitioner's Motion for Stay and Abeyance" is denied as moot; and (3) Judgment be entered dismissing this action with prejudice.

DATED: May 15, 2015

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRY BOULLARD, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> G. SWARTHOUT, Warden, ) <br> ) <br> Respondent. ) | Case No. CV 14-2031-GW (RNB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 15, 2015

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE