JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

May 20, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRY BOULLARD,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>G. SWARTHOUT, Warden,<br><br>　　　　　Respondent. | Case No.  CV 14-2031-GW (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  May 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:　　　　DATE:　　　DEPUTY CLERK:
Petitioner　　5/20/15　　May 20, 2015